IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| ELI PORTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 622-057 |
| | ) | |
| SGT. DERRELL THIGPEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** the parties' joint request to stay discovery contained in their 26(f) report, (doc. no. 14), and **STAYS** all discovery pending a ruling on Defendants' upcoming motion to dismiss the amended complaint due by September 26, 2022, (doc. no. 13.)  The parties shall confer and submit a second Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling.  In the event the presiding District Judge, in his ruling on the pending dispositive motion, provides further instruction to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a status report to be filed within seven days of the presiding District Judge's ruling.

SO ORDERED this 7th day of September, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA