**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| ELI PORTER, et al., | |
| *Plaintiffs,* | |
| vs. | CIVIL ACTION NO.
6:22-cv-00057-JRH-BKE |
| SGT. DERRELL THIGPEN, et al., | |
| *Defendants.* | |

**DEFENDANTS GOVERNOR BRIAN KEMP, THIGPEN, SOWELL, MALONE,
LACIENSKI, HAMMOND, HOLLOWAY, AND DIGIACOMO'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Governor Brian Kemp, Darrell Thigpen, Matt Sowell, Jonathan Malone,

Chris Lacienski, Brent Hammond, Jamay Holloway, and Aaron DiGiacomo, file this Motion to

Dismiss Plaintiffs' second amended complaint for failure to state a claim for relief.  The basis for

this motion is set forth in more detail in the accompanying brief in support.

Respectfully submitted this 14th day of July, 2023.

| | |
|---|---|
| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |
| | |
| LORETTA L. PINKSTON-POPE | 558555 |
| Deputy Attorney General | |
| | |
| ROGER A. CHALMERS | 118720 |
| Senior Asst. Attorney General | |
| | |
| */s/ Ellen Cusimano* | |
| ELLEN CUSIMANO | 844964 |
| Assistant Attorney General | |
| | |
| WADE W. HERRING, III | 278313 |
| Assistant Attorney General | |

1

Please serve:
Ellen Cusimano
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3597
Fax: (404) 651-5304
Email: ecusimano@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have, on this day, served this motion by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

This 14th day of July, 2022.

*/s/ Ellen Cusimano*
Ellen Cusimano