UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

May 28, 2024

Kevin Robert Gough
Kevin Gough Firm, LLC
PO BOX 898
BRUNSWICK, GA 31521

Jordan Johnson
Bernard & Johnson, LLC
5 DUNWOODY PK STE 100
ATLANTA, GA 30338

Appeal Number: 24-11373-JJ
Case Style: Eli Porter, et al v. Derrell Thigpen, et al
District Court Docket No: 6:22-cv-00057-JRH-BKE

ORDER: Motion for Leave to File Civil Appeal Statement Out of Time filed by Appellants Eli Porter, Michael Singleton, Timothy Van Beverhoudt and Francois Williams is GRANTED by clerk.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135        Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125        Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action