IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ELI PORTER, et al., | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | Case No.   CV 622-057 |
| | ) | Appeal No. 24-11373 |
| v. | ) | |
| | ) | |
| SGT. DERRELL THIGPEN, et al., | ) | |
| | ) | |
| Defendants – Appellees. | ) | |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this ___29th___ day of May 2025.

_____
HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA